HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEIRTON USA, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, a federal agency,<br><br>Defendant. | Case No.: 2:20-cv-01734-RSM<br><br>**ORDER GRANTING KEIRTON USA, INC.'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>*NOTED FOR CONSIDERATION: 01/05/2021* |

This matter, having come before the Court on Plaintiff's Motion for Voluntary Dismissal and having considered the foregoing motion, and the Court being fully advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant U.S. Customs and Border Protection are dismissed **with** prejudice and without an award of costs or fees to any party.

DATED this 6th day of January, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING KEIRTON USA, INC.'S MOTION FOR VOLUNTARY DISMISSAL- 1
CASE NO. 2:20-CV-01734-RSM

BUCHALTER
1420 FIFTH AVE., SUITE 3100
SEATTLE, WA 98101-1337
PH: 206.319.7052

Presented by:

BUCHALTER


By: */s/ Brad P. Thoreson*
Bradley P. Thoreson, WSBA #18190
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone 206.319.7052
Email: bthoreson@buchalter.com
*Attorneys for Plaintiff*


BN 43466013v1

[PROPOSED] ORDER GRANTING KEIRTON USA, INC.'S MOTION FOR VOLUNTARY DISMISSAL - 2
CASE NO. 2:20-CV-01734-RSM

BUCHALTER
1420 FIFTH AVE., SUITE 3100
SEATTLE, WA 98101-1337
PH: 206.319.7052